PARRA VICTOR
NAME
P-58682
PRISON NUMBER

P.O. Box 799002
CURRENT ADDRESS OR PLACE OF CONFINEMENT

San Diego CA. 92179
CITY, STATE, ZIP CODE

In pro se

**FILED**

MAR 1 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RN___ DEPUTY

2254 ✓ 1983
**FILING FEE PAID**
Yes ___ No ✓
**IFP MOTION FILED**
Yes ✓ No
**COPIES SENT TO**
Court ✓ ProSe

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PARRA VICTOR _____ ,
(FULL NAME OF PETITIONER)

                **PETITIONER**

    v.

TILTON E. JAMES _____ ,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

             **RESPONDENT**
      and

EDMUND G. BROWN JR. _____ ,
The Attorney General of the State of
California, Additional Respondent.

Civil No. **'08 CV 0472 J LSP**
   (TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: *Superior Court of California County of Imperial, 939 Main Street El Centro CA. 92243*

2. Date of judgment of conviction: *October 4, 2005*

3. Trial court case number of the judgment of conviction being challenged: *JCF 15497*

4. Length of sentence: *Upper Term of Four (4) years*

CIV 68 (Rev. Dec. 1998)

K:\COMMON\FORMS\CIV-68.

5. Sentence start date and projected release date: *To be served consecutive to current term of 18 years to life term. Projected release date Unknown*

6. Offense(s) for which you were convicted or pleaded guilty (all counts): *4501.5 of the State of California Penal Code*

7. What was your plea? (CHECK ONE)
   (a) Not guilty     ☒
   (b) Guilty     ☐
   (c) Nolo contendere     ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury     ☒
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes ☒ No

### DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: *Conviction and Sentence was Affirmed*
    (b) Date of result, case number and citation, if known: *October 11, 2006, Case No. D047704*
    (c) Grounds raised on direct appeal: *See page 3 (Next page)*

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: *Denied without prejudice (see Attachment 1)*
    (b) Date of result, case number and citation, if known: *December 20, 2006, Case No. S148092*
    (c) Grounds raised: *Same as page 3*

I.  WHERE THE EXISTENCE OF A PHOTOGRAPHIC LINEUP WAS NOT DISCLOSED TO THE DEFENSE BEFORE TRIAL, AND THIS LINEUP PROVIDED THE BASIS FOR CRITICAL IDENTIFICATION EVIDENCE, THE TRIAL COURT ABUSED ITS DISCRETION AND VIOLATED MR. PARRA'S CONSTITUTIONAL RIGHTS BY REFUSING HIS REQUEST FOR A CONTINUANCE TO SEEK ADDITIONAL DISCOVERY TO PREPARE HIS DEFENSE .... ▉

II.  THE TRIAL COURT ERRED BY INSTRUCTING THE JURY, PURSUANT TO CALJIC NO. 2.92, THAT A WITNESS'S LEVEL OF CONFIDENCE IN HIS OR HER IDENTIFICATION IS A FACTOR THE JURY SHOULD CONSIDER IN ASSESSING THE ACCURACY OF THAT IDENTIFICATION. THERE WAS NO EVIDENCE SUPPORTING SUCH AN INSTRUCTION, AND IT CONSTITUTED AN IMPROPER PROSECUTION PINPOINT INSTRUCTION WHICH IMPERMISSIBLY LESSENED THE PROSECUTION'S BURDEN OF PROOF.......... ▉

III.  IMPOSITION OF AN UPPER TERM SENTENCE VIOLATED APPELLANT'S FEDERAL CONSTITUTIONAL RIGHTS TO A JURY TRIAL AND PROOF BEYOND A REASONABLE DOUBT UNDER THE SIXTH AND FOURTEENTH AMENDMENTS AND *BLAKELY V. WASHINGTON* (2004) 542 U.S. 296 [124 S.CT. 2531, 159 L.ED.2D 403], DESPITE THE CALIFORNIA SUPREME COURT'S DECISION IN *PEOPLE V. BLACK* (2005) 35 CAL.4TH 1238 ... ▉

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result, case number and citation, if known: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☐ Yes  ☒ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number: _____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result: _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes  ☒ No

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number:_____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result: _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes  ☒ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number:_____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?

    ☐ Yes  ☐ No

    (e) Result: _____

    (f) Date of result: _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No    (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
        (i) What was the prior case number? _____
        (ii) Was the prior action (CHECK ONE):
            ☐ Denied on the merits?
            ☐ Dismissed for procedural reasons?
        (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        ☐ Yes ☐ No

---

CAUTION:

• **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

• **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

• **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: *Petitioner was denied his constitutional right to have a jury determine beyond a reasonable doubt all facts legally essential to his sentence. in violation of his Fifth, sixth, and Fourteenth Amendments. The Court of Appeals decision was contrary to established Federal Law.*

Supporting **FACTS** (state *briefly* without citing cases or law) *Petitioner was convicted of one count of battery, the trial court imposed the upper term of four years after determining that the aggravating factors outweighed any mitigating factors. When sentencing Petitioner, the trial court make factual findings pursuant to Penal Code section 669 and 1170, Sub (b), and rules 4.420, 4.421, 4.423, and 4.425 of the California Rules of Court. Specifically, the trial court found that there were three aggravating factors: the crime involved threat of great bodily harm under California Rules of Court 4.421 (a)(1); the defendant had engaged in violent conduct which indicated a serious danger to society under Rule 4.421 (b)(1); and that his prior convictions as an adult are numerous or increasing in seriousness under Rule 4.421 (b)(2). (5 RT p. 404) These factual findings were made by the judge alone, apparently based on the preponderance of the evidence standard. (Cal. Rules of Court, rule 4.420(b); Evid. Code, §664).*

*Because these factual findings were not determined by a jury and prove beyond a reasonable doubt, and because they resulted in a sentence greater that the statutory maximum under Apprendi [1] petitioner's Fifth, Sixth and Fourteenth Amendment rights to have a jury determine, beyond a reasonable doubt, all the facts which are essential to his punishment was violated.*

*The State Court of Appeals upheld the upper term sentence based on state Judicial decision in people V. Black [2] giving power to trial judges to impose upper term sentence on their own.*

*(Continue next page)*

Did you raise **GROUND ONE** in the California Supreme Court?
☒ Yes ☐ No.

1. *Apprendi V. New Jersey, supra, 530 U.S. at p. 490*
2. *People V. Black 35 Cal. 4th 1238 (2005)*

CIV 68 (Rev. Dec. 1998)

K:\COMMON\FORMS\CIV-68.

1  (Ground ONE, Continev)

2          As we now know but the California Courts could not have devined high-end

3  sentences imposed by the trial judge were declare unconstitutional by Cunningham

4  [1]/ Reversing Black. And thus the Sta Courts decision to affirm petitioners

5  upper term sentence was contrary to stablish Federal Law and requires reversal

6  of petitioners upperterm Four year sentence.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22  [1]/ Cunningham V. California 127 S.Ct. 856 (2007)

23

24

25

26

27

28

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☒ No

24. If your answer to #23 is "Yes," give the following information:

    (a) Name of Court: _____

    (b) Case Number: _____

    (c) Date action filed: _____

    (d) Nature of proceeding: _____

    (e) Grounds raised: _____

_____

_____

_____

_____

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing: _____

    (b) At arraignment and plea: *L. Brooks Anderholt 654 Main Street El Centro CA. 92243*

    (c) At trial: *Same*

    (d) At sentencing: *Same*

    (e) On appeal: *Siri Shetty 110 West C. Street #1810 San Diego CA. 92101*

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding: *Siri Shetty*

CIV 68 (Rev. Dec. 1998)

K:\COMMON\FORMS\CIV-68.

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

(a) If so, give name and location of court that imposed sentence to be served in the future:
_____

(b) Give date and length of the future sentence: _____
_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
_March 4, 2008_____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____Victor Parra In pro se_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_March 4, 2008___          _Victor Parra_____

(DATE)                          SIGNATURE OF PETITIONER

CIV 68 (Rev. Dec. 1998)                    10                    K:\COMMON\FORMS\CIV-68.

ATTACHMENT - 1

Court of Appeal, Fourth Appellate District, Div. 1 - No. D047704
**S148092**

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

THE PEOPLE, Plaintiff and Respondent,

·v.

VICTOR PARRA, Defendant and Appellant.

Petition for review denied without prejudice to any relief to which defendant might be entitled after the United States Supreme Court determines in *Cunningham v. California*, No. 05-6551, the effect of *Blakely v. Washington* (2004) 542 U.S. 296 and *United States v. Booker* (2005) 543 U.S. 220, on California law.

SUPREME COURT
**FILED**

DEC 2 0 2006

Frederick K. Ohlrich Clerk

_____
DEPUTY

GEORGE
_____
Chief Justice

# _VERIFICATION_

## STATE OF CALIFORNIA
## COUNTY OF San Diego

### (C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _Victor Parra_ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE _Petitioner_ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _4_ DAY OF: _March_ 2008 AT _Richard J. Donovan Correctional Facility. 480 Alta Road, P.O. Box. 799002, San Diego CA. 92179_

(SIGNATURE) _Victor Parra_
(DECLARANT/PRISONER)

---

## _PROOF OF SERVICE BY MAIL_

### (C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _Victor Parra_ AM A RESIDENT OF _Richard J. Donovan. Correctional facility San Diego County_, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX _799002_

ON _March 4_ 20 _08_ I SERVED THE FOREGOING: _Writ of Habeas Corpus (Federal)_,

---

### (SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT _480 Alta Road. P.O. Box. 799002, San Diego CA. 92179_

_(To the Clerk)_
_U.S. District Court_
_Southern District of California_
_880 Front Street - Room 4290_
_San Diego CA. 92101-8900_

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _March 4, 2008_        _Victor Parra_
(DECLARANT/PRISONER)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED** MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**I (a) PLAINTIFFS**

Victor Parra Jr.

2254    1983

FILING FEE PAID    Yes ___ No ✓

IFP MOTION FILED    Yes ✓ No ___

COPIES SENT TO    Court ✓ Pro Se ___

**DEFENDANTS**

Tilton, et al

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Victor Parra Jr.
PO Box 799002
San Diego, CA 92179
P-58682

**ATTORNEYS (IF KNOWN)**

'08 CV 0472 J LSP

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | | | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE    Docket Number

DATE    3/13/2008

~~SIGNATURE OF ATTORNEY OF RECORD~~

