PLAINTIFF/PETITIONER/MOVANT'S NAME
PARRA VICTOR
PRISON NUMBER
P-58682
Richard J. Donovan Prison
PLACE OF CONFINEMENT
P.O. Box 799002
San Diego CA 92179
ADDRESS

In Prose



FILED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



2254 ✓   1983 ___
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  ProSe ___

# United States District Court
## Southern District Of California

PARRA VICTOR ,
    Plaintiff/Petitioner/Movant

v.

TILTON E. JAMES ,
    Defendant/Respondent

Civil No. '08 CV 0472 J LSP
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Victor Parra
declare that I am the ~~Plaintiff~~/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  ☒ Yes  ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  Richard J. Donovan Correctional Facility San Diego
   Are you employed at the institution?  ☐ Yes  ☒ No
   Do you receive any payment from the institution?  ☐ Yes  ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

No but see Enclose Appeal (CDC) 602 Form showing I owe them 100$. and have Ø money.

CIV-67 (Rev. 9/97)
::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____N/A_____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _The year of 1994    Chino Corona Farms_

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☒ Yes ☐ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   _100 dollar Gift which was confiscated see enclosed Inmate Appeal._

4. Do you have any checking account(s)?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): N/A

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): N/A

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:        Year:       Model: N/A
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _N/A_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _NONE_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   _10,000 restitution to California State_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    _NONE_

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    _NONE_

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE _March 10, 2008_         _Victor Parra._
                              SIGNATURE OF APPLICANT

F2-6-229up

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category
1. _____    1. _____    _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: PARRA VICTOR    NUMBER: P-58682    ASSIGNMENT: NONE    UNIT/ROOM NUMBER: BF2-6-229

A. Describe Problem: My people sent a 50 dollar chek and 100 dollar chek to me to P.O. Box 799007. For some reason for the past 2 months my account valance reflects 0
Have you Receive any mony addressed to me?
The money was sent on December-2007

If you need more space, attach one additional sheet.

B. Action Requested: That my trust Account reflect the mony received by the trust office addressed to me.
That I bee advised how mony other prisoners have lost 50 dollar mony gifts.

Inmate/Parolee Signature: Victor Parra    Date Submitted: 2-28-08

C. INFORMAL LEVEL (Date Received: 3/6/08)

Staff Response: According to our record 1 hundred dollar check was received 12/21/07. All checks are subject to a 30 day hold. Your check was released 1/20/08. Because you owe restitution 55% was automatically deducted from your $100. you also have $100.30
Please see attached acct. Info.

Staff Signature: E. Seward    Date Returned to Inmate: 3/6/08

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

You have failed to show how it is that I owed toward any holds-chargible. In order to be credited 45 dollars toward my account now I have to sue you for 100$. plus the other 50$. Get ready to be sued. Enclosed is a Government Claim necesary for the exhaustion of remedies. Notice is now given you will be sued. Thanks i.

Signature: Victor Parra    Date Submitted: 3-9-2008

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ____________ Due Date: ____________

Interviewed by: ____________

Staff Signature: ____________ Title: ____________ Date Completed: ____________

Division Head Approved: Returned

Signature: ____________ Title: ____________ Date to Inmate: ____________

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ____________ Due Date: ____________

☐ See Attached Letter

Signature: ____________ Date Completed: ____________

Warden/Superintendent Signature: ____________ Date Returned to Inmate: ____________

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ____________ Date Submitted: ____________

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ____________

☐ See Attached Letter

CDC 602 (12/87) Date: ____________

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                        ITAS TRUST ACCOUNT DISPLAY

--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:  P58682
   ACCOUNT NAME: PARRA JR, VICTOR
   ACCOUNT TYPE: I
CURRENT BALANCE:      0.90
   HOLD BALANCE:    101.20
 ENCUM. BALANCE:      0.00                         ABNORMAL BALANCE
      AVAILABLE:    100.30-
PRIVILEGE GROUP: D
   LAST CANTEEN: 04/18/2006
------------------------ ACCOUNT TRANSACTIONS ------------------------TS210CA
   DATE   TRAN   AMOUNT    DESCRIPTION    CHECK NUM   COMMENT      BALANCE
  --------  ----  ---------- ---------------- ---------  ----------  ----------
  05/08/06  W515    2.00-  COPY CHARGE                 4315/05-06      4.74
  08/28/06  W515    1.50-  COPY CHARGE                 0874/AUG06      3.24
  09/05/06  W512    0.87-  LEGAL POSTAGE C             0957/LEGAL      2.37
  09/05/06  W512    1.11-  LEGAL POSTAGE C             0957/LEGAL      1.26
  09/05/06  W536    1.26-  COPAY CHARGE                0956/AUG06      0.00
  12/21/07  DD31   45.00   CHECK DEPOSIT O             3147/POBOX     45.00
PAGE#    4 OF    6 PAGES

  REST     ACCOUNT   PREVIOUS   NEXT        DISPLAY   SELECT     PRINT     MAIN
  FINES    DISPLAY   PAGE       PAGE        HOLDS     NEW ACCT   SCREEN    MENU
```

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                          ITAS TRUST ACCOUNT DISPLAY


--------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:  P58682
  ACCOUNT NAME:  PARRA JR, VICTOR
  ACCOUNT TYPE:  I
CURRENT BALANCE:      0.90
   HOLD BALANCE:    101.20
 ENCUM. BALANCE:      0.00                       ABNORMAL BALANCE
      AVAILABLE:    100.30-
PRIVILEGE GROUP:  D
  LAST CANTEEN:  04/18/2006
------------------------------- ACCOUNT HOLDS --------------------------TS210CB
STAT HLD DATE TRANS AMOUNT     DESCRIPTION    COMMENT      REL DATE REL IN BATCH
---- -------- ----- ----------- --------------- ---------- -------- ------------
  R  06/25/07 H110        3.30  COPIES HOLD    5561/JUN07  03/04/08
  R  06/25/07 H110        4.00  COPIES HOLD    5561/JUN07  03/04/08
  R  06/25/07 H110        1.70  COPIES HOLD    5561/JUN07  03/04/08
  R  12/21/07 DD31       45.00  CHECK DEPOSIT  0-3147/POBOX 01/20/08
  R  03/03/08 H110        1.00  COPIES HOLD    4547/FEB08  03/04/08
  C  03/03/08 H110        1.00  COPIES HOLD    4547/FEB08    /  /
PAGE#    1 OF     7 PAGES


  REST   ACCOUNT  PREVIOUS  NEXT              SELECT    PRINT     MAIN
  FINES  DISPLAY  PAGE      PAGE              NEW ACCT  SCREEN    MENU
```

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY


-------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER: P58682
   ACCOUNT NAME: PARRA JR, VICTOR
   ACCOUNT TYPE: I
CURRENT BALANCE:      0.90
   HOLD BALANCE:    101.20
  ENCUM. BALANCE:     0.00                      ABNORMAL BALANCE
      AVAILABLE:    100.30-
PRIVILEGE GROUP: D
   LAST CANTEEN: 04/18/2006
----------------------------- RESTITUTION FINES -------------------------RS403A
   CASE NUMBER   DATE SENTENCED   COUNTY CODE   FINE AMOUNT   BALANCE   STATUS
-------------------------------------------------------------------------------
   ICR20445       10/06/1999        RIV          10,000.00   9,729.82    C




TO VIEW REST. XACTS, PLACE AN 'X' NEXT TO CASE #, AND PRESS F1

   REST   ACCOUNT                      DISPLAY   SELECT     PRINT     ITAS
   XACTS  DISPLAY                      HOLDS     NEW ACCT   SCREEN    MENU
```

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  P58682
   ACCOUNT NAME:  PARRA JR, VICTOR
   ACCOUNT TYPE:  I
CURRENT BALANCE:         0.90
   HOLD BALANCE:       101.20
 ENCUM. BALANCE:         0.00                ABNORMAL BALANCE
      AVAILABLE:       100.30-
PRIVILEGE GROUP:  D
   LAST CANTEEN:  04/18/2006
---------------- RESTITUTION ACCOUNT ACTIVITY (CASE: ICR20445  ) ---------RS403B
   DATE    TRAN      DESCRIPTION          AMOUNT       BALANCE
-------------------------------------------------------------------
 03/28/06  DF30   ADMIN FEE-CASH DEPOSIT      4.00-
 03/28/06  DR30   REST DED-CASH DEPOSIT      40.00-     9,779.82
 12/21/07  DF31   ADMIN FEE-CHECK DEPOSIT     5.00-
 12/21/07  DR31   REST DED-CHECK DEPOSIT     50.00-     9,729.82


   REST    ACCOUNT                     DISPLAY   SELECT    PRINT     ITAS
   FINES   DISPLAY                     HOLDS     NEW ACCT  SCREEN    MENU
```

# *VERIFICATION*

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Victor Parra DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE Plaintiff IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 9 DAY OF: March 2008 AT Richard J. Donovan Correctional Facility.

(SIGNATURE) Victor Parra
(DECLARANT/PRISONER)

---

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, Victor Parra AM A RESIDENT OF Richard J. Donovan Correctional Facility San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 799002, San Diego California, ~~799002, P.O. Bo~~ 92179-9002

ON March 9, 2008 I SERVED THE FOREGOING: Government Claim Form and CDC 602 Form "Inmate Appeal."

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT 480 Alta Road P.O. Box 799002, San Diego CA 92179

Government Claims-Board
P.O. Box 3035
San Diego CA 92179

Appeals Coordinator
P.O. Box 799006
San Diego CA 92179-9006

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: March 9-2008      Victor Parra
(DECLARANT/PRISONER)

3