PARRA VICTOR
PLAINTIFF/PETITIONER/MOVANT'S NAME

P-58682
PRISON NUMBER

Richard J. Donovan Correctional Facility
PLACE OF CONFINEMENT

P.O. Box 799002
San Diego CA. 92179
ADDRESS

FILED

2008 APR 14 PM 2:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____RM_____ DEPUTY

**NUNC PRO TUNC**
APR 10 2008

# United States District Court
## Southern District Of California

PARRA VICTOR ,
Plaintiff/Petitioner/Movant

v.

TILTON E. JAMES ,
Defendant/Respondent

Civil No. 08CV0472 J (LSP)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Victor Parra P-58682 ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration Richard J. Donovan Correctional Facility
   Are you employed at the institution?          ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _N/A_

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _1994  Chino Corona Farms, Thermal California  500 $ a week_

3. In the past twelve months have you received any money from any of the following sources?:
    a. Business, profession or other self-employment    ☐ Yes ☒ No
    b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
    c. Pensions, annuities or life insurance    ☐ Yes ☒ No
    d. Disability or workers compensation    ☐ Yes ☒ No
    e. Social Security, disability or other welfare    ☐ Yes ☒ No
    e. Gifts or inheritances    ☒ Yes ☐ No
    f. Spousal or child support    ☐ Yes ☒ No
    g. Any other sources    ☐ Yes ☒ No

    If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _100 $ which were confiscated totaly, I expect no more gifts._

4. Do you have any checking account(s)?    ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s): _N/A_
    b. Present balance in account(s): _N/A_

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?    ☐ Yes ☒ No
    a. Name(s) and address(es) of bank(s): _N/A_
    b. Present balance in account(s): _N/A_

6. Do you own an automobile or other motor vehicle?    ☐ Yes ☒ No
    a. Make: _____ Year: _____ Model: _N/A_
    b. Is it financed? ☐ Yes ☐ No
    c. If so, what is the amount owed? _N/A_

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _N/A_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _NONE_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _10,000 $ Restitution._

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _NONE_

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _N-A_

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_March 4, 2008_  
DATE

_Victor Parra_  
SIGNATURE OF APPLICANT

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _Victor Parra / VICTOR PARRA_ , request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_March 4, 2008_
_~~Feb 21 2005~~_
DATE

_Victor Parra_
_Victor Parra_
SIGNATURE OF PRISONER

```
REPORT ID: TS3030  .701                          REPORT DATE: 03/03/08
                                                 PAGE NO:         1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: OCT. 01, 2007 THRU MAR. 03, 2008

ACCOUNT NUMBER : P58682              BED/CELL NUMBER: F20600000000229U
ACCOUNT NAME   : PARRA JR, VICTOR    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  ------------  --------  ---------  --------   -----------   -------

10/01/2007  BEGINNING BALANCE                                             0.00

12/21*DD31  CHECK DEPOSIT  3147/POBOX          45.00                     45.00


                           CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE       DESCRIPTION         COMMENT       HOLD AMOUNT
----------   ----  ----------------------   ----------    -----------
10/17/2006   H110  COPIES HOLD              1584/OCT06         4.65
10/17/2006   H110  COPIES HOLD              1584/OCT06         1.95
10/18/2006   H110  COPIES HOLD              1593/AUG06         2.70
10/18/2006   H110  COPIES HOLD              1593/AUG06         3.10
10/18/2006   H110  COPIES HOLD              1593/AUG06         5.30
10/18/2006   H110  COPIES HOLD              1593/AUG06         7.20
10/18/2006   H110  COPIES HOLD              1593/AUG06         4.45
02/05/2007   H110  COPIES HOLD              3225/JAN07         2.20
02/05/2007   H110  COPIES HOLD              3225/SEP06         2.05
02/05/2007   H110  COPIES HOLD              3225/SEP06         6.50
02/05/2007   H110  COPIES HOLD              3225/SEP06         2.90
02/05/2007   H110  COPIES HOLD              3225/DEC06         1.75
02/05/2007   H110  COPIES HOLD              3225/DEC06         0.80
02/05/2007   H110  COPIES HOLD              3225/JAN07         2.30
02/13/2007   H110  COPIES HOLD              3367/JAN07        24.25
02/27/2007   H110  COPIES HOLD              3548/FEB07         2.10
03/28/2007   H110  COPIES HOLD              4041/FEB07         0.50
03/28/2007   H110  COPIES HOLD              4041/MAR07         1.70
04/20/2007   H110  COPIES HOLD              4373/MAR07        50.00
05/17/2007   H110  COPIES HOLD              4876/MAY07         1.45
05/17/2007   H110  COPIES HOLD              4876/MAY07         6.45
06/25/2007   H110  COPIES HOLD              5561/JUN07         3.30
06/25/2007   H110  COPIES HOLD              5561/JUN07         4.00
06/25/2007   H110  COPIES HOLD              5561/JUN07         1.70


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/06/99              CASE NUMBER: ICR20445
COUNTY CODE: RIV                      FINE AMOUNT: $  10,000.00

    DATE      TRANS.   DESCRIPTION           TRANS. AMT.     BALANCE
  --------    ------   -----------           -----------     -------
```

10/01/2007   BEGINNING BALANCE                    9,779.82

Case 3:08-cv-00472-J-LSP     Document 6     Filed 04/14/2008     Page 6 of 7

```
REPORT ID: TS3030  .701                              REPORT DATE: 03/03/08
                                                     PAGE NO:         2
                          R.J.DONOVAN CORR. FACILITY
                          INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: OCT. 01, 2007 THRU MAR. 03, 2008

ACCT: P58682       ACCT NAME: PARRA JR, VICTOR         ACCT TYPE: I


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/06/99                    CASE NUMBER: ICR20445
COUNTY CODE: RIV                            FINE AMOUNT: $  10,000.00

  DATE     TRANS.   DESCRIPTION              TRANS. AMT.     BALANCE
  ----     ------   -----------              -----------     -------
12/21/07   DR31     REST DED-CHECK DEPOSIT        50.00-    9,729.82

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                           TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL        TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
 ---------    --------   -----------    -------     -------     ------------
     0.00       45.00         0.00        45.00      143.30         0.00


                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                     ---------
                                                        98.30-
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 3-03-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE