**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR PARRA, JR.,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>JAMES E. TILTON, Warden,<br><br>　　　　　　　　　　Respondent. | Civil No.　08cv0472 J (LSP)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AS MOOT** |

On March 13, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 along with a request to proceed in forma pauperis. [Docs. No. 1, 2.] On March 17, 2008, this Court issued a briefing schedule, and on March 28, 2008, the Court granted Petitioner's Motion to Proceed In Forma Pauperis. [Docs. No. 3, 4.]

On April 14, 2008, Petitioner filed a second Application to Proceed In Forma Pauperis. In light of the Court's Order granting his previous application to proceed in forma pauperis, the Court **DENIES** the request to proceed in forma pauperis as moot.

**IT IS SO ORDERED.**

DATED: April 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. NAPOLEON A. JONES, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge