EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
BRADLEY A. WEINREB, State Bar No. 157316
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2290
 Fax: (619) 645-2271
 Email: Bradley.Weinreb@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>JAMES TILTON, Warden, et al.,<br><br>　　　　　　　　Respondents. | Civil No. 08CV0472 J (LSP)<br><br>**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case - To Be Sent To Clerk's Office** |

　　　　PLEASE TAKE NOTICE that Respondent hereby lodges copies of the following state court documents in <u>People v. Parra</u> (Case No. DO47704) and related matters, with the United States District Court, Southern District of California, in the above entitled action:

　　　　1.　1 Volume, Clerk Transcript;

　　　　2.　5 Volumes, Reporter's Transcript;

　　　　3.　California Court of Appeal opinion, filed October 11, 2006;

　　　　4.　Petition for Review, filed November 16, 2006;

　　　　5.　Order Denying Petition for Review, filed December 20, 2006.

1       These documents have been prepared for this Court and Respondent does not expect or require that they be returned. Respondent respectfully requests that this Court maintain possession of these documents until the case is completed and/or such records need to be forwarded for purpose of any additional review.

Dated: April 28, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General


s/BRADLEY A. WEINREB
Deputy Attorney General
Attorneys for Respondent

BAW:ah
80232270.wpd
SD2008800671

Case No. 08CV0472 J (LSP)

2

### CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   **Parra v. Tilton**
No.:   **08CV0472 J (LSP)**

I declare:
I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 28, 2008</u>, I served the following documents:
**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE**
by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Victor Parra, Jr.
P-58682
Richard J. Donovan Correctional Facility
P.O. Box 799002
San Diego, CA 92179-9002


## Electronic Mail Notice List
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: NONE.

## Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):  Victor Parra at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>April 28, 2008</u>, at San Diego, California.

|  |  |
|---|---|
| _____Anna Herrera_____ | _____/s/ Anna Herrera_____ |
| Declarant | Signature |

SD2008800671
80232591.wpd