1  PARRA VICTOR JR
2  CDC No. P-58682
3  P.O. Box 799002
4  San Diego CA. 92179
5  In pro se



FILED
MAY 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

VICTOR PARRA,
    Petitioner,
    V.
JAMES TILTON, Warden, et al.,
    Respondent.

Case No. 08CV0472 J (LSP)

ENLARGEMENT OF TIME REQUEST

    COMES NOW petitioner Victor Parra, In prose. On April 30, 2008 This court order a schedule to the answer of petition for Habeas Corpus.

    Respondent on April 28, 2008 file an answer plaintiff then has 30 day to file a response.

    Do to the enclosed petition for stay and Abeyance petitioner asks the court to enlarge the time for petitioner to answer to respondents opposition untill petitioner returns to state courts and exhaust his claim.

    Petitioner respectfully asks the court to fashion and grant an enlargement of time for petitioner to file an answer to the opposition.

Dated May 22, 2008

Respectfully Submitted
Victor Parra
In Prose

1

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

Case No 08CV0472 J (LSP)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, VICTOR PARRA DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE Petitioner IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 22 DAY OF: May 2008 AT Richard J. Donovan Corr Fac. P.O. Box. 799002

(SIGNATURE) Victor Parra
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, VICTOR PARRA AM A RESIDENT OF Richard J. Donovan Corr. Foc. San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX. 799002 San Diego CA. 92179

ON May 22 20 08 I SERVED THE FOREGOING: Enlargement of time request

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT, 480 Alta Road. San Diego. CA. 92179

To the Clerk
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Bradley A. Weinreb
Deputy Attorney General
110 West A street, Suite 1100
San Diego CA. 92101
P.O. Box. 85266
San Diego CA, 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: May 22, 2008                         Victor Parra
                                        (DECLARANT/PRISONER)