1 PARRA VICTOR JR.
2 CDC No. P-58682
3 P.O. Box. 799002
4 San Diego CA. 92179
5 In Pro se

FILED
2008 JUN -4 AM 8:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
MAY 29 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| VICTOR PARRA | Case No. 08CV0472 J(LSP) |
| Petitioner | NOTICE OF MOTION FOR STAY AND ABEYANCE |
| V. | |
| JAMES TILTON, Warden, et al., | |
| Respondents | |

COMES NOW PETITIONER, Victor Parra, Please take Notice that petitioner will move the court for a stay and Abeyance of the instant Habeas petition. And in suport of submits a declaration in support, a Motion for stay and abeyance and Memorandum of points and authorities.

Dated: May 22, 2008

Respectfully Submitted
Victor Parra
In prose.

1

# VERIFICATION

| STATE OF CALIFORNIA COUNTY OF SAN DIEGO | Case No. 08CV0472 J(LSP) |

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __PARRA VICTOR__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Petitioner__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __22__ DAY OF: __May__ 20__08__ AT Richard J. Donovan, P.O. Box 799002, San Diego CA-92179

(SIGNATURE) __Victor Parra__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __VICTOR PARRA__ AM A RESIDENT OF Richard J. Donovan Corr. Fac. San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 799002, San Diego CA-92179

ON __May 22__ 20 __08__ I SERVED THE FOREGOING: __Notice of Motion For Stay and Abeyance__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT 480 Alta Road San Diego CA 92179

To the Clerk
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Bradley A. Weinreb
Deputy Attorney General
110 West A Street, Suite 1100
San Diego CA. 92101
P.O. Box 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __May 22, 2008__  __Victor Parra__
(DECLARANT/PRISONER)