```
1  VICTOR PARRA JR
2  CDC No. P-58682
3  P.O. Box 799002
4  San Diego CA. 92179
5  In Pro se
```

FILED
2008 JUN -4 AM 8:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM    DEPUTY

NUNC PRO TUNC
MAY 29 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA<br>Petitioner<br>V.<br>JAMES TILTON, Warden, et al.,<br>Respondent | Case No. 08CV0472 J (LSP)<br>MOTION AND MEMORANDUM<br>OF POINTS AND AUTHORITIES<br>IN SUPPORT OF STAY AND ABEYANCE |

COMES NOW PETITIONER Victor Parra, In pro se Pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003). petitioner asks the Court to stay petitioners claim. Petitioner sincerily believes he has exhausted the claim at the state courts.

The U.S. Supreme Court has recently stated that by showing good cause and the potential merit of the claim petitioners may hold in Abeyance Habeas petitions Rhines v. Webber, 544 U.S. 269 (2005) as long as petitioners do not use this procedure and abuse it by delaying state court review of their claims.

Plaintiff petitioner satisfies the Rhines requirements. If the court grants the stay, petitioner will submitt an Habeas petition to the Imperial County Superior Court and all the

1

CR

1  state courts without leting more than 30 day to laps and will resubmitt
2  the petition between courts timely.
3       Upon completion of exhaustion on all state courts petitioner will
4  be back to the district court in less than 30 days.
5       Good cause appearing petitioner respectfully request this court
6  grants stay and Abeyance.

8  Dated May 22, 2008          Respectfully Submitted
9                              Victor Parra
10                             In pro se

# *VERIFICATION*

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

Case No. 08CV0472 J (LSP)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __PARRA VICTOR__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Petitioner__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __22__ DAY OF: __May__ 20 __08__ AT __Richard J. Donovan. P.O. Box. 799002, San Diego CA. 92179__

(SIGNATURE) __Victor Parra__
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __VICTOR PARRA__ AM A RESIDENT OF __Richard J. Donovan Corr. Fac. San Diego County__, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX __799002 San Diego CA. 92179__

ON __May 22__, 20 __08__ I SERVED THE FOREGOING: __Motion and Memorandum of Points and authorities In support of stay and abeyance__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT __480 Alta Road, San Diego CA. 92179__

To the Clerk
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Bradley A. Weinreb
Deputy Attorney General
110 West A Street, Suite 1100
San Diego CA. 92101
P.O. Box 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __May 22, 2008__            __Victor Parra__
                                  (DECLARANT/PRISONER)

3