1 PARRA VICTOR JR.
2 CDC No. P-58682
3 P.O. Box. 799002
4 San Diego CA. 92179
5 In pro se

FILED
2008 JUN -4 AM 8:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**NUNC PRO TUNC**
MAY 29 2008

8 UNITED STATES DISTRICT COURT
9 SOUTHERN DISTRICT OF CALIFORNIA

11 VICTOR PARRA          Case No. 08CV0472 J (LSP)
12         Petitioner    DECLARATION IN SUPPORT OF MOTION FOR STAY AND ABEYANCE
13      V.
14 JAMES TILTON, Warden, et al.,
15         Respondent

17    I Victor Parra Declares as follows in support of the motion
18 for stay and Abeyance.
19    1. I am the plaintiff, petitioner. And make the following statements
20    2. I have been encarcerated since the conviction of the chalenged
21 case and housed at the Administrative Segregation Unit (ASU).
22    3. I am Indigent and cannot afford legal representation.
23    4. At the conclusion of the state appeals due to the volume of
24 petitioners property, petitioner was not in posesion of the full transcripts of the case
25 untill late July, 2007.
26    5. The prison stop purshasing Legal books since 2005 and any new
27 Judicial decision can only be access throug one of two computers at the Law Library.
28    6. Petitioner engaged in a continued investigation from July 2007

1

1  to November 2007 when he was deprived of his transcripts.
2      7. Petitioners claim involves a change in the law which throug
3  limited reasearch found nothing.
4      8. On December 2007 petitioner secured posesion of all court transcripts
5  and filed the present petition.
6      9. Petitioners claim is potentially meritorious because they raise claims
7  based on the violation of rights under the U.S. Constitution.
8      10. The facts petitioner has alleged in the petition, if taken as true, are
9  sufficient to merit relief.
10     11. Any delay in exhausting the claim is solely the result of the facts
11 alleged in this declaration, and not the result of any intentionally dilatory litigation
12 tactics.
13     Good cause appearing petitioner asks the Court grants the motion.
14
15 Dated May 22, 2008.                    Respectfully Submitted
16                                         Victor Parra
17                                         In pro se

# *VERIFICATION*

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

Case No. 08CV0472 J (LSP)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __VICTOR PARRA__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Petitioner__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __22__ DAY OF: __May__ 20__08__ AT Richard J. Donovan, Corr. Fac. P.O. Box 799002, San Diego CA. 92179

(SIGNATURE) __Victor Parra__
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __Victor Parra__ AM A RESIDENT OF Richard J. Donovan Corr. Fac. San Diego County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 799002 San Diego CA. 92179

ON __May 22__ 20__08__ I SERVED THE FOREGOING: __Declaration In Support of Motion For Stay and Abeyance__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT 480 Alta Road San Diego CA. 92179

To the Clerk
U.S. District Court
Southern District of California
880 Front Street, Suit 4290
San Diego CA. 92101-8900

Bradley A. Weinreb
Deputy Attorney General
110 West A street, Suite 1100
San Diego CA. 92101
P.O. Box. 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __May 22, 08__   __Victor Parra__
(DECLARANT/PRISONER)