**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

PARRA                              v. TILTON                              No. 08-0472-J(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr.

Attorneys

Plaintiffs                                                          Defendants


Petitioner's Request for Enlargement of Time (Doc. #10) is DENIED as moot.


DATED: June 5, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge