1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   VICTOR PARRA,                  )   Civil No. 08-0472-J(LSP)
                                    )
12                   Petitioner,    )
                                    )   ORDER REGARDING FURTHER
13   v.                             )   BRIEFING
                                    )
14   JAMES TILTON,                  )
                                    )
15                   Respondent.    )
     ─────────────────────────────
16

17        On June 5, 2008, the Court granted Petitioner's Motion to

18   Hold Federal Habeas Petition in Abeyance.  The Court construed the

19   Motion to be a Motion to Stay and Abey and stayed the Petition.  On

20   June 9, 2008, the Ninth Circuit Court of Appeal issued its decision

21   in Butler v. Curry __F.3d__, No. 07-56204 (9th Cir., June 9, 2008),

22   2008 WL 2331440.

23        In light of Butler, the Court orders Petitioner and Respon-

24   dent to file further briefing on whether the stay granted by this

25   Court is necessary or appropriate.

26        Therefore, on or before July 13, 2008, Respondent shall file

27   an Amended Answer to the Petition for Writ of Habeas Corpus which

28   shall include all arguments regarding whether the stay in this case

                                    1                        01CV1864

1   is necessary or appropriate, all arguments pertaining to tolling of
2   the statute of limitations, and all arguments on the merits of the
3   Petition.

4         On or before August 14, 2008, Petitioner may file a Traverse
5   to Respondent's Amended Answer, which shall include all arguments
6   regarding whether the stay in this case is necessary or appropriate,
7   all arguments pertaining to tolling of the statute of limitations,
8   and all arguments on the merits of the Petition.

9         On or before July 13, 2008, Respondent shall provide to
10  Petitioner a copy of the Butler opinion.

11

12  DATED:  June 12, 2008

13

14

15  _____
16  Hon. Leo S. Papas
    U.S. Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28