PARRA VICTOR
CDC No. P-58682
P.O. Box. 799002
San Diego CA. 92179
In pro se

FILED
2008 AUG 19 AM 8:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___Rm___ DEPUTY

NUNC PRO TUNC
AUG 15 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

VICTOR PARRA
　　　　　Petitioner
V.
JAMES TILTON, Warden, et al.,
　　　　　Respondent

Case No. 08CV0472 J (LSP)

NOTICE OF TRAVERSE TO RESPONDENT AMENDED ANSWER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF.

　　COMES NOW Petitioner Victor Parra In pro se. Please take notice that petitioner files a traverse to respondent amended answer, and a memorandum of Law in support of.

Dated: August 11, 2008.

Respectfully Submitted
Victor Parra
In pro se

1.

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

Case No. 08CV0472 J (LSP)

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, **Victor Parra**, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE **Petitioner** IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **11** DAY OF: **August**, 20**08** AT **Richard J. Donovan Correctional Facility 480 Alta Road. San Diego CA. 92179-9002**

(SIGNATURE) **Victor Parra**
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, **Victor Parra**, AM A RESIDENT OF **Richard J. Donovan Corr. Fac. San Diego** County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX **799002, San Diego CA. 92179**

ON **August 11**, 20**08** I SERVED THE FOREGOING: **Notice of traverse to Respondent Amended answer And Memorandum of points and Authorities in Support of**

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT **480 Alta Road. San Diego CA. 92179-9002**

(To the Clerk)
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego CA. 92101-8900

Bradley A. Weinreb
Deputy Attorney General
110 West A street, Suite 1100
San Diego CA. 92101
P.O. Box. 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **August 11, 2008**        **Victor Parra**
(DECLARANT/PRISONER)

2.