```
PARRA VICTOR
CDC No. P-58682
P.O. Box 799002
San Diego CA. 92179
In pro se
```

FILED
2008 AUG 19 AM 8:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
AUG 15 2008

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PARRA<br>　　　Petitioner<br>　　v.<br>JAMES TILTON, Warden et al.,<br>　　　Respondents. | Case No. 08CV0472 J (LSP)<br>TRAVERSE/DENIAL AND EXCEPTION TO RESPONDENT AMENDED ANSWER. |

For his denial and exception to the return to the order to answer respondents opposition Petitioner states:

### Exception

Respondent has failed to set forth sufficient facts or law to show why the relief requested in the petition should not be granted.

### Denial

1. Petitioner admits for purposes of this action that a stay of the petition is not necesary and that the tolling provisions as explained by respondent are correct, the present petition was timely filed.

2. Petitioner denies he has a lengthly criminal history.

3. Petitioner denies the alleged victim suffered great bodily harm.

4. Petitioner denies any sentencing error was harmless.

5. Petitioner denies he is lawfully incarcerated within custody of the California Department of Corrections

Petitioner realleges all the allegations, contained at the memorandum of points and authorities set forth in the petition.

Wherefore, Petitioner requests that the relief prayed for in the petition should be granted.

Dated: August 11, 2008

Respectfully Submitted
Victor Parra
In pro se.

2.

# *VERIFICATION*

| STATE OF CALIFORNIA COUNTY OF SAN DIEGO | Case No. 08CV0472 J (LSP) |

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, **Victor Parra**, DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE **Petitioner** IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **11** DAY OF: **August**, 20**08** AT **Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego CA. 92179-9002**

(SIGNATURE) **Victor Parra**
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, **VICTOR PARRA**, AM A RESIDENT OF **Richard J. Donovan Corr. Fac. San Diego** County, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM ~~NOT~~ A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX **799002, San Diego CA. 92179**.

ON **August 11**, 20**08** I SERVED THE FOREGOING: **Traverse/Denial and Exception to Respondent amended Answer.**

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT **480 Alta Road, San Diego CA. 92179-9002**

(To the Clerk)
U.S. District Court
Southern District of California
880 Front Street, Suit 4290
San Diego CA. ~~92179~~ 92101-8900

Bradley A. Weinreb
Deputy Attorney General
110 West A. Street, Suite 1100
San Diego CA. 92101
P.O. Box. 85266
San Diego CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **August 11, 2008**          **Victor Parra**
(DECLARANT/PRISONER)

3